UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. KENNETH KEARNY USA LTD., )
)
Plaintiff, )
)
v. )  Civil Action No. _____
)
DAVID SMITH, )
)
Defendant. )

**04cv12643 RCL**

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy P. Van Dyck and Windy L. Rosebush of Edwards & Angell, LLP as counsel for Defendant, David Smith in the above-referenced proceeding.

_____
Timothy P. Van Dyck, (BBO #548347)
Windy L. Rosebush, (BBO #636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: December 17, 2004

## CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that on this 17th day of December, 2004, I caused a copy of the foregoing document to be mailed via first-class mail, to Kristin M. Cataldo, Esq. Gadsby Hannah LLP, 225 Franklin Street, 21st Floor, Boston, MA 02110.

_____
Timothy P. Van Dyck