## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J. KENNETH KEARNEY USA LTD., ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04 CV 12643 RCL |
| DAVID SMITH ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY LITIGATION**

Plaintiff J. Kenneth Kearney USA LTD ("Plaintiff") files this Assented-to Motion to Extend Time to Respond to Defendant David Smith's ("Defendant") Motion to Stay Litigation. Defendant, by and through his attorneys, has agreed to extend the Plaintiff's time to respond to the Motion to Stay from February 2, 2005 to and including February 7, 2005. As grounds for this Motion, Plaintiff states that it needs the short, additional time to adequately respond to the issues raised in Defendant's motion.

WHEREFORE, Plaintiff respectfully request that this Court grant this Motion extending the Plaintiff's time to respond to Defendant's Motion to Stay until February 7, 2005.

B0400354v1

        Respectfully submitted,

        J. KENNETH KEARNEY USA LTD.
        By its attorneys,

        ____/s/ Kristin M. Cataldo_____
        William A. Zucker, BBO # 541240
        wzucker@ghlaw.com
        Kristin M. Cataldo, BBO # 654033
        kcataldo@ghlaw.com
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA  02110
        (617) 345-7000

ASSENTED-TO:
DAVID SMITH

By his attorneys,

__/s/ Windy L. Rosebush (w/ permission)_____
Timothy P. Van Dyck
tvandyck@EdwardsAngell.com
Windy L. Rosebush
wrosebush@EdwardsAngell.com
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

February 2, 2005

B0400354v1

## Certificate of Service

I hereby certify that on <u>February 2, 2005</u> I served a true and accurate copy of Assented-To Motion To Extend Plaintiff's Time To Respond To Defendant's Motion To Stay Litigation on all counsel of record electronically.

Dated:  <u>February 2, 2005</u>                        <u>/s/ Kristin M. Cataldo       </u>
                                                    Kristin M. Cataldo

B0400354v1