## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| J. KENNETH KEARNEY USA LTD., ) ) Plaintiff, ) ) v. ) ) DAVID SMITH ) ) Defendant. ) | CIVIL ACTION NO. 04 CV 12643 RCL |

### NOTICE OF CHANGE OF FIRM NAME OF COUNSEL

PLEASE TAKE NOTICE THAT effective June 1, 2006 Gadsby Hannah LLP, counsel to the undersigned party in this matter, merged into McCarter & English, LLP. The address and telephone and facsimile numbers for the undersigned counsel, who are now associated with McCarter & English, LLP, remain the same, but please note where applicable that our email addresses have changed so as to include the "mccarter.com" extension rather than the previous "ghlaw.com" extension.

Respectfully submitted,

J. KENNETH KEARNEY USA LTD.
By its attorneys,
/s/ Kristin M. Cataldo  _____
William A. Zucker, BBO # 541240
wzucker@mccarter.com
Kristin M. Cataldo, BBO # 654033
kcataldo@mccarter.com
McCarter & English, LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

June 21, 2006

### Certificate of Service

I hereby certify that on June 21, 2006 I served a true and accurate copy of this Notice of Change of Firm Name of Counsel on all counsel of record electronically.

Dated:  June 21, 2006           /s/ Kristin M. Cataldo
                                Kristin M. Cataldo

B0468333v1