UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J. KENNETH KEARNEY USA LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID SMITH ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 04 CV 12643 RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) (1), Fed. R. Civ. P., plaintiff J. Kenneth Kearney USA LTD. and defendant David Smith, hereby stipulate to the dismissal with prejudice of all claims in the above-captioned action, with all rights of appeal waived, and with each party to bear its own costs and fees.

Respectfully submitted,

J. KENNETH KEARNEY USA LTD.                 DAVID SMITH
By its attorneys,                            By his attorneys,

/s/ Kristin M. Cataldo_____        /s/ Windy L. Rosebush (w/ permission)__
William A. Zucker, BBO # 541240              Timothy P. Van Dyck
wzucker@mccarter.com                         tvandyck@EdwardsAngell.com
Kristin M. Cataldo, BBO # 654033             Windy L. Rosebush
kcataldo@mccarter.com                        wrosebush@EdwardsAngell.com
McCarter & English, LLP                      Edwards & Angell, LLP
225 Franklin Street                          101 Federal Street
Boston, MA 02110                             Boston, MA 02110
(617) 345-7000                               (617) 439-4444

June 21, 2006

### Certificate of Service

I hereby certify that on June 21, 2006 I served a true and accurate copy of this Stipulation for Dismissal with Prejudice on all counsel of record electronically.

Dated: June 21, 2006                         /s/ Kristin M. Cataldo
                                             Kristin M. Cataldo

B0468333v1